IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT MICHAEL GELINA,<br><br>Defendant. | CR 25-21-H-BMM<br><br>**PRELIMINARY ORDER OF FORFEITURE** |

Before the Court is the United States' Unopposed Motion for Preliminary Order of Forfeiture of the property identified below. Defendant Robert Michael Gelina has been adjudged guilty of *Possession with Intent to Distribute Fentanyl*, in violation of 21 U.S.C. § 841(a)(1), as charged in Count 2 of the Indictment (Doc. 2). As such, Defendant's plea and Plea Agreement (Docs. 13, 16) and the Offer of Proof (Doc. 15) establish a factual basis and cause to issue a preliminary order of forfeiture pursuant to 21 U.S.C. §§ 853(a)(1)-(2) and 881(a)(11).

Accordingly, IT IS ORDERED that the Motion for Preliminary Order of Forfeiture is GRANTED.

IT IS FURTHER ORDERED that Defendant Gelina's interest in the following property is forfeited pursuant to Fed. R. Crim. P. 32.2(b):

a. Smith & Wesson, model M&P 9 Shield Plus, 9mm caliber pistol, S/N: JMX1800; and

    b. Any associated accessories and ammunition, including 6 rounds of 9mm caliber ammunition.

IT IS FURTHER ORDERED that the Bureau of Alcohol, Tobacco, Firearms, and Explosives, or a designated sub-custodian, are directed to seize and/or maintain this property subject to forfeiture and further to make a return as provided by law.

IT IS FURTHER ORDERED that the United States will provide written notice to all third parties with a potential legal interest in the above-described property, and will also post on an official government internet site (www.forfeiture.gov), for at least 30 consecutive days, notice of the Preliminary Order of Forfeiture and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6), and to make its return to this Court that such action has been completed. IT IS FURTHER ORDERED that, upon adjudication of any third-party interests, the Court will enter a final order of forfeiture pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), in which such interests will be addressed.

DATED this 23rd day of January 2026.

_____
Brian Morris, Chief District Judge
United States District Courts